# Third District Court of Appeal

## State of Florida

Opinion filed November 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1890
Lower Tribunal No. 23-4115-SP-05
_____

**Universal X Rays, Corp., a/a/o Yensy Cuba,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

_____

No. 3D24-1891
Lower Tribunal No. 23-12485-SP-05
_____

**Universal X Rays, Corp., a/a/o Alfredo de Armas,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

_____

No. 3D24-1892
Lower Tribunal No. 23-52424-SP-05
_____

**Universal X Rays, Corp., a/a/o Yelenett Puig,**
Petitioner,

vs.

**State Farm Mutual Automobile Insurance Company,**
Respondent.

_____

No. 3D24-1894
Lower Tribunal No. 23-4645-SP-05
_____

**Universal X Rays, Corp., a/a/o Gonzalo X Del Rio,**
Petitioner,

vs.

**GEICO General Insurance Company,**
Respondent.

_____

No. 3D24-1895
Lower Tribunal No. 24-95660-SP-05
_____

**Universal X Rays, Corp., a/a/o Sandra Puente,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

_____

No. 3D24-1896
Lower Tribunal No. 23-2449-SP-05
_____

**Universal X Rays, Corp., a/a/o Yalile Cabrera,**
Petitioner,

vs.

**GEICO General Insurance Company,**
Respondent.

_____

No. 3D24-1898
Lower Tribunal No. 23-510-SP-05
_____

**Universal X Rays, Corp., a/a/o Eric Torres,**
Petitioner,

vs.

**Bristol West Insurance Company,**
Respondent.

3

_____

No. 3D24-1899
Lower Tribunal No. 23-480-SP-05
_____


**Universal X Rays, Corp., a/a/o Kiro Garcia,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.


_____

No. 3D24-1900
Lower Tribunal No. 23-12487-SP-05
_____


**Universal X Rays, Corp., a/a/o Andreo O. Cambria,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.


_____

No. 3D24-1901
Lower Tribunal No. 23-1639-SP-05
_____

4

**Universal X Rays, Corp., a/a/o Pedro Deulofeu,**
Petitioner,

vs.

**Infinity Indemnity Insurance Company,**
Respondent.

_____

No. 3D24-1902
Lower Tribunal No. 22-1463-SP-05
_____

**Universal X Rays, Corp., a/a/o Juan Jimenez,**
Petitioner,

vs.

**GEICO General Insurance Company,**
Respondent.

_____

No. 3D24-1903
Lower Tribunal No. 23-11771-SP-05
_____

**Universal X Rays, Corp., a/a/o Carina Angelo,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

5

_____

No. 3D24-1904
Lower Tribunal No. 22-10748-SP-05
_____


**Universal X Rays, Corp., a/a/o Damaris Broche,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.


_____

No. 3D24-1905
Lower Tribunal No. 23-2444-SP-05
_____


**Universal X Rays, Corp., a/a/o Alexis Cabrera,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.


_____

No. 3D24-1906
Lower Tribunal No. 22-22226-SP-05
_____


6

**Universal X Rays, Corp., a/a/o Ivan Castano Figueroa,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

————————————

No. 3D24-1907
Lower Tribunal No. 23-515-SP-05
————————————

**Universal X Rays, Corp., a/a/o Marian T. Jimenez,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

————————————

No. 3D24-1908
Lower Tribunal No. 22-40432-SP-05
————————————

**Universal X Rays, Corp., a/a/o Carlos Herrera,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

7

**Universal X Rays, Corp., a/a/o Yolaine Fajardo,**
Petitioner,

vs.

**Infinity Auto Insurance Company,**
Respondent.

Cases of Original Jurisdiction—Prohibition.

Robert J. Lee, P.A., Robert J. Lee and Michael V. Tichenor, for petitioner.

Law Office of Leslie M. Goodman & Associates, Liliana Garcia, Mylena O. Chin See, Amanda Duran, and Selena Villadiego; Law Office of Gabriel O. Fundora & Associates, Nicholas Cruz Encinas, IV, Branden V. McDaniel, and John G. Mollaghan (Tampa); Gordon Rees Scully Mansukhani, and Marcus J. Scott; Law Office of Haydee De La Rosa – Tolgyesi, Michael J. Long (West Palm Beach), and Rebeca Quintero; The Law Office of George L. Cimballa, III, and Tiffani Fox (Plantation); Law Offices of Olga Acosta Farmer, and Christine S. Robbins (Oklahoma City, OK); Law Offices of Terry M. Torres & Associates, Terry M. Torres, Stefani Hunter, Williams Mesa and Robert Phaneuf, for respondents.

Before SCALES, LOBREE and GOODEN, JJ.

PER CURIAM.

In these PIP cases, Petitioner Universal X Rays, Corp. challenges, via petitions for writ of prohibition, trial court orders denying Petitioner's various motions to disqualify the trial court.  We, sua sponte, consolidate the various cases and deny the petitions.  See Thompson v. State, 759 So. 2d 650, 659 (Fla. 2000) ("[T]he fact that a judge has ruled adversely to the party in the past does not constitute a legally sufficient ground for a motion to disqualify."); 5-H Corp. v. Padovano, 708 So. 2d 244, 248 (Fla. 1997) ("However, we today hold that a Florida judge's mere reporting of perceived attorney unprofessionalism to The Florida Bar, in and of itself, is legally insufficient to support judicial disqualification. The same applies in the similar context of an attorney reporting perceived judicial unprofessionalism to the JQC."); Fla. Code Jud. Conduct, Canon 3E(1) cmt. ("[I]f a lawyer or party has previously filed a complaint against the judge with the Judicial Qualifications Commission, that fact does not automatically require disqualification of the judge.").